■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS BALLETTA, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Richmond County (Owens, J.), rendered January 21, 1982, and amended February 2, 1982, convicting him of robbery in the first degree (two counts) and criminal use of a firearm in the first degree, upon his plea of guilty, and imposing sentence.

Judgment, as amended, affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631.) Gibbons, J. P., Weinstein, Brown and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN A. BOONE, Appellant. — Appeal by defendant from two amended judgments of the County Court, Suffolk County (Mallon, J.), both rendered September 8, 1983, adjudicating him, upon his pleas of guilty, to be in violation of probation, and imposing sentences of imprisonment.

Amended judgments affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Titone, J. P., O'Connor, Lawrence and Eiber, JJ., concur.